IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS AZCANIO MENDEZ,                    No   CR 03-113 VRW

    Petitioner,                          ORDER

    v

UNITED STATES OF AMERICA,

    Respondent.
_____/

    On December 24, 2008 Jesus Azcanio-Mendez ("Azcanio") moved to modify his sentence pursuant to 18 USC §3582(e)(3). Doc #38. For the following reasons, Azcanio's motion is DENIED without prejudice.

    On October 2, 2003 Azcanio pled guilty in this district to one count of being a felon in possession of a firearm in violation of 18 USC §922(g)(1). Doc #22. Pursuant to his plea, a judge of this district sentenced Azcanio to thirty-seven months' imprisonment, with credit for time served. Doc #34. Azcanio also received three years of supervised release following his prison

term.  Id.  As a special condition of his supervised release, Azcanio was ordered to "comply with rules and regulations of the Bureau of Immigration and Customs Enforcement, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security."  Id.  Azcanio was deported to Mexico on October 4, 2005.  United States v Azcanio, No 07-02313, Doc #1 (SD Cal).

On July 21, 2007 Azcanio was found in the United States and arrested by the United States Border Patrol for violating the terms of his release by reentering the United States.  Id.  Azcanio was subsequently brought before the United States District Court for the Southern District of California on charges of illegal reentry.  Id.  Azcanio pled guilty to two counts of illegal reentry and was sentenced to a total of thirty months' imprisonment followed by one year of supervised release.  United States v Azcanio, No 07-02313, Doc #14 (SD Cal).  Azcanio is currently serving his sentence in Lompoc Federal Correctional Complex in Lompoc, CA.  Doc #38.

Azcanio has now brought a motion pursuant to 18 USC §3582(e)(3) for modification of his sentence so that his probationary period can run concurrent with the remainder of his present term of incarceration.

Section 3583 gives the court the discretion, with consideration to the factors expressed in 18 USC 3553, to revoke a defendant's term of supervised release and require him or her to serve part or all of the term in prison if the court finds by a preponderance of evidence that the defendant violated a condition of his supervised release.  18 USC 3583(e)(3).

2

It is unclear whether Azcanio's motion concerns the term of supervised release imposed by this district for his violation of Section 922(g)(1) or the term of supervised release imposed by the Southern District for his most recent crime of illegal reentry; this court assumes it pertains to the former.

Azcanio is currently serving a sentence of imprisonment imposed by the Southern District for illegal reentry, which is both a new offense and a violation of the special conditions of his supervised release.  Doc #34.  But Azcanio has not yet been brought before this court for violating the terms of his supervised release.  After the conclusion of his present term of incarceration, should Azcanio appear before this court in connection with the supervised release violation, he may renew his motion at that time.

Accordingly, Azcanio's motion for modification of his sentence, Doc #38, is DENIED without prejudice.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge